**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2283**

EARLES M. CRADDOCK,

                    Plaintiff – Appellant,

        v.

KEITH WHITE, Attorney,

                    Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.   Irene M. Keeley, District Judge.  (1:12-cv-00074-IMK-JSK)

Submitted:  January 22, 2013          Decided:  January 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Earles M. Craddock, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earles M. Craddock appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Craddock's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Craddock v. White, No. 1:12-cv-00074-IMK-JSK (N.D.W. Va. Oct. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2